## Lee *v.* The State.

Russell, Chief Justice. These cases are controlled by the decision in *Lee* v. *State*, ante. *Judgment affirmed. All the Justices concur.*

Nos. 11799, 11800, 11801, 11802. April 15, 1937.

## Maley *v.* The State.

Bell, Justice. This case is controlled by the decision in *Lee* v. *State*, ante. *Judgment affirmed. All the Justices concur.*